IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALD LEE LYNCH, JR.,

               Petitioner,                              ORDER

   v.                                                 09-cv-0113-slc

RANDALL HEPP, Warden,
Jackson Correctional Institution,

               Respondent.

     Petitioner Gerald Lee Lynch, Jr., has filed a motion to stay this habeas proceeding in order to allow the state to respond to a petition for a writ of habeas corpus that petitioner filed in state court. I infer that by "writ of habeas corpus," petitioner is referring to a motion for post-conviction relief pursuant to Wis. Stat. § 974.06 that he filed in the Circuit Court for Dane County, which that court denied on February 26, 2009.

     Respondent need not respond to this motion separately but may do so as part of its response to the habeas petition.

     Entered this 16th day of March, 2009.

                                                   BY THE COURT:

                                                   /s/
                                                   _____
                                                   STEPHEN L. CROCKER
                                                   Magistrate Judge