# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GERALD LEE LYNCH, JR.,

    Petitioner,

v.

RANDALL R. HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.:   09-cv-113-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/8/09
_____
**Date**